FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 DEC 23  PM 2: 03

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | Case No. 08-25978 RKM |
| | ) | Chapter 7 |
| TIM MOLINE | ) | |
| CARRIE LYNN MOLINE | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On December 18, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437338752.

3

4. The Trustee hereby notifies the Court of the payment of the following claims to the registry:

|               |                                        |
|---------------|----------------------------------------|
| Claim No.:    | 5                                      |
| Claimant:     | Living Scriptures, Inc.                |
|               | 3625 Harrison Blvd.                    |
|               | Ogden, UT 84403                        |
| Claim Amount: | $261.27                                |
| Distribution: | $2.22                                  |

|               |                                           |
|---------------|-------------------------------------------|
| Claim No.:    | 12                                        |
| Claimant:     | GE Money Bank                             |
|               | Recovery Management Systems Corp.         |
|               | 25 S.E. 2nd Avenue, Suite 1120       |
|               | Miami, FL 33131-1605                      |
| Claim Amount: | $117.02                                   |
| Distribution: | $0.99                                     |

5. Checks in the amounts of $2.22 and $0.99 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 12-21-09

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD &

FUGAL and in that capacity I served, or caused to be served, a true and correct copy of

the Notice of Payment of Funds into the Registry on the following, by depositing the

same in the U.S. Mail, postage prepaid, on the _21st_ day of _December_ , 2009:


LIVING SCRIPTURES, INC.
3625 HARRISON BLVD.
OGDEN, UT 84403

GE MONEY BANK
RECOVERY MANAGEMENT SYSTEMS CORP.
25 S.E. 2nd AVENUE, SUITE 1120
MIAMI, FL 33131-1605

_Melanie Valdemara_